# Exhibit A

[redacted]

MONICA ENRIQUEZ
[redacted]

June 10, 2024

PK4TIZ0020272102721010210400

Notice of Data Breach

Dear Monica Enriquez:

Signature Performance, Inc. ("Signature") writes to notify you on behalf of Adventist Health System - Tulare regarding an incident that may affect the privacy of certain information provided to us. Signature previously provided healthcare administrative services, including insurance resolution and other related services to Adventist Health System - Tulare. Signature takes this incident seriously and is providing you information about the incident, our response, and steps you can take to help protect your information. ***Please note that Signature has no reason to believe any information has been misused because of this incident.***

**What Happened?** On January 18, 2024, Signature detected suspicious activity on its network and immediately began an investigation. The investigation included the assistance of third-party specialists and determined an unknown party accessed certain files on Signature's network between January 17, 2024 and January 18, 2024. Therefore, Signature began a comprehensive review of the files at issue to determine the information the files contained and to whom the information related.

**What Information Was Involved?** Signature's review included the assistance of third-party data review specialists and determined the potentially impacted information included your name in combination with one or more of the following: address, phone number, email address, date of birth, Social Security number, provider name, and/or medical treatment/diagnosis information.

**What We Are Doing.** In response to this incident, Signature notified law enforcement and implemented additional security measures to further minimize the risk of a similar incident occurring in the future. While Signature has no reason to believe any of the information described above has been misused, in an abundance of caution, Signature is providing you with access to Single Bureau Credit Monitoring/Credit Report/Credit Score services at no charge. These services provide you with alerts for 12 months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, Signature is providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

**What You Can Do.** Signature encourages you to enroll in the complimentary credit monitoring and identity protection services being made available to you. Information about how to enroll in these services along with additional resources available to you are included in the attached *Steps You Can Take to Help Protect Your Information.*